WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KARI DAY,**                                         CV # 05-1617-KI

      Plaintiff,

vs.                                                   ORDER

**COMMISSIONER of Social Security,**

      Defendant.

---

      Attorney fees in the amount of $5,750.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this 7th day of May, 2007.

                                                            /s/ Garr King
                                                            United States District Judge

Submitted on May 3, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1